Abrams, R.

**Exhibit A**

UNDC-SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 2 2 2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KENNETH JANESKI,

                           Plaintiff,

-against-

NEW NICKELODEON ANIMATIONS
STUDIOS, INC., and VIACOM
INTERNATIONAL INC.,

                           Defendants.

Case No.  16-CV-03486 (RA)(BCM)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

          **IT IS HEREBY STIPULATED AND AGREED** by and between the
attorneys for the parties hereto, that the above-captioned case shall be voluntarily
dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), all parties to bear their
own costs.

Dated:    New York, New York
          June 22 , 2016

_____
Milo Silberstein
DEALY SILBERSTEIN & BRAVERMAN, LLP
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

Attorneys for Plaintiff

_____
Michele A. Coyne
KAUFF MCGUIRE & MARGOLIS LLP
950 Third Avenue, 14th Floor
New York, New York  10022
(212) 644-1010

Attorneys for Defendants

**SO ORDERED:**

_____
          **U.S.D.J.**

7/22/16

4838-0809-7330.4